FILED - SOUTHERN DIVISION
CLERK, U S DISTRICT COURT

JUL 3 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br> Jaime   Hernandez-Gonzalez<br>                    Defendant. | Case No.: SACR 11-0093-DOC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br> 18 U.S.C. § 3143(a)] |

        The defendant having been arrested in this District pursuant to

a   warrant   issued   by   the   United   States   District   Court   for   the

Central Dist/California      for alleged violation(s) of the terms and

conditions of (his)/her [probation] ([supervised release]) and

        The   Court   having   conducted   a   detention   hearing   pursuant   to

Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.    (✓)  The defendant has not met (his)/her burden of establishing by

        clear and convincing evidence that (he)/she is not likely to flee

        if released under 18 U.S.C. § 3142(b) or (c).  This finding is

        based on  unknown bail resources, undocumented alien status

1    prior deportation

2

3

4    (and)/or

5   B.   (✓)   The defendant has not met (his)/her burden of establishing by

6      clear and convincing evidence that (he)/she is not likely to pose

7      a danger to the safety of any other person or the community if

8      released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9      on: nature of the current allegations, bringing convicted

10      felons into the country

11

12

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated:   7/31/13                   JEAN ROSENBLUTH

18                                U.S. MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28